IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Teresa Hipple f/k/a Teresa Concepcion | : | CIVIL ACTION |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | No.   12 – cv – 1256 |
| | : | |
| SCIX, LLC | : | |
| Steel Seal LLC | : | |
| Steel Seal Pro, LLC | : | |
| Brian Hipple | : | |
| Clement Hipple | : | |
| Complete Group, LLC | : | |
| | : | |
| Defendants | : | |

**AFFIDAVIT OF SERVICE**

I, Gerald S. Berkowitz, Esquire, being duly sworn under law, depose and state that service of process was effected upon Complete Group, LLC on September 17, 2012 by serving its First Amended Complaint on Complete Group, LLC's attorneys through the ECF system. The complaint was also served on October 17, 2012 upon the attorneys for Complete Group, LLC in accordance with the Affidavit of Service attached hereto as Exhibit A.

BERKOWITZ · KLEIN LLP
Gerald S. Berkowitz, Esquire
Swedesford Corporate Center
629 B Swedesford Road
Malvern, PA 19355

610-889-3200

Attorney for Plaintiff

Exhibit A

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA
AFFIDAVIT OF SERVICE

TERESA HIPPLE f/k/a TERESA CONCEPCION                     SCIX LLC, STEEL SEAL LLC, STEEL SEAL PRO LLC,
                                                         BRIAN HIPPLE, CLEMENT HIPPLE and
                                                         COMPLETE GROUP, LLC
Plaintiff (Petitioner)                    vs.            Defendant (Respondent)

CASE and/or DOCKET No.: 12-cv-1256

I, _Dwayne Henricksen_ declare that I am a Pennsylvania State Constable and/or Process Server,, that I am not a party to this action, not an employee of a party to this action, or an attorney to the action, and that within the boundaries of the state were service was effected. I was authorized by law to perform the said service.

SERVICE UPON: COMPLETE GROUP, LLC c/o MICHAEL J. SHAVEL, Esquire at HILL WALLACK LLP (Attorneys for Clement Hipple)

ADDRESS:   777 TOWNSHIP LINE ROAD, SUTIE 250, YARDLEY, PA 19067

On: 10/17/12      At: 12:17pm

Description: Approximate Age 45  Height 6'  Weight 220  Race W  Sex M  Hair BRN

With Documents: SUMMONS IN A CIVIL ACTION & FIRST AMENDED COMPLAINT

By handing to:
○ DELIVERED A COPY TO HIM/HER PERSONALLY

○ LEFT A COPY WITH A HOUSEHOLD MEMBER NAME/RELATIONSHIP: _____

○ LEFT A COPY WITH ADULT IN CHARGE OF RESIDENCE: NAME/RELATIONSHIP _____

○ POSTED PROPERTY

✗ AGENT OR PERSON IN CHARGE OF PLACE OF BUSINESS: NAME/TITLE _Michael Shavel, attorney_

○ MILITARY STATUS: ___YES ___NO  BRANCH _____

COMMENTS:

DEFENDANT WAS NOT SERVED BECAUSE:
___MOVED ___UNKNOWN ___NO ANSWER ___VACANT ___OTHER: _____
SERVICE WAS ATTEMPTED ON THE FOLLOWING DATES/TIMES:
1.) _____  2.) _____  3.) _____  4.) _____

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 18 DAY OF
_Oct_, 2012

NOTARY

_____
CONSTABLE/PROCESS SERVER/CERTIFIED AGENT

E.M.A. Attorney Services, LLC, 711 Pine Street, Barto PA 19504 - 610.906.3535 (f) 610.845.7321

CERTIFICATE OF SERVICE

I, Gerald S. Berkowitz, Esquire, hereby certify that on October 25, 2012 a true and correct copy of Plaintiff's Affidavit of Service and all papers included therewith was served electronically through the court's ECF system upon counsel for the defendants at the following addresses:

David L. Marshall, Esquire
EASTBURN AND GRAY, P. C.
60 East Court Street
P.O. Box 1389
Doylestown PA 18901-0137

Michael J. Shavel, Esquire
HILL WALLACK LLP
777 Township Line Road, Suite 250
Yardley, PA 19067

BERKOWITZ · KLEIN LLP
Gerald S. Berkowitz, Esquire
629 B Swedesford Road
Swedesford Corporate Center
Malvern, PA 19355-1530

610-889-3200

Attorney for Plaintiff