IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TERESA HIPPLE, formerly known as "TERESA CONCEPCION,"**<br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>**SCIX, LLC, STEEL SEAL, LLC, STEEL SEAL PRO, LLC, CLEMENT HIPPLE, COMPLETE GROUP, LLC, and MELISSA MORENO, Administratrix of the Estate of Brian M. Hipple, Deceased,**<br>　　　　　　Defendants. | CIVIL ACTION<br><br><br>NO.  12-1256 |

**O R D E R**

**AND NOW**, this 13th day of August, 2014, the Court noting that the case was transferred to the Civil Suspense File to allow the parties sufficient time to depose plaintiff's expert witness, Wayne Geisser, and to submit supplemental briefing concerning his proposed testimony, all of which has been completed, **IT IS ORDERED** that the case is **TRANSFERRED** from the Civil Suspense File to the Court's active docket.

Upon consideration of (1) Plaintiff's Motion for Summary Judgment Against Clement Hipple, Complete Group, LLC and Steel Seal, LLC Filed Pursuant to Fed. R. Civ. P. 56 and for Default Judgment Against Melissa Moreno, SCIX, LLC, and Steel Seal Pro, LLC Pursuant to Fed. R. Civ. P. 55(b)(2) [hereinafter plaintiff's Motion for Summary Judgment] (Document No. 80, filed August 2, 2013), Answer of Defendants, Clement Hipple, Complete Group, LLC and Steel Seal, LLC, to Plaintiff's Motion for Summary Judgment (Document No. 87, filed October 2, 2013), Memorandum of Law in Opposition to Plaintiff's Motion for Summary Judgment (Document No. 88, filed October 2, 2013), Plaintiff's Reply Memorandum to Defendants' Response to Plaintiff's Motion for Summary Judgment and Response in Opposition to Defendant's Cross-Motion for Summary Judgment (Document No. 97, filed October 10, 2013),

Sur Reply in Further Opposition to Plaintiff's Motion for Summary Judgment (Document No. 98, filed October 14, 2014); (2) defendants Clement Hipple and Steel Seal, LLC's Cross-Motion for Partial Summary Judgment [hereinafter defendants' Cross-Motion for Partial Summary Judgment] (Document No. 93, filed October 2, 2013), Memorandum of Law in Support of Cross-Motion for Summary Judgment (Document No. 96, filed October 2, 2013), Plaintiff's Response in Opposition to Defendants' Cross-Motion for Partial Summary Judgment (Document No. 97, filed October 10, 2013); (3) Plaintiff's Motion for Injunctive Relief Pursuant to Fed. R. Civ. P. 65 Against All Defendants to Seize Assets and Prevent the Ongoing Theft of Assets that Are the Proceeds of the Fraudulent Conveyance of the Assets of SCIX, LLC [hereinafter plaintiff's Motion for Injunctive Relief] (Document No. 56, filed March 25, 2013), treated by the Court as a Motion for Preliminary Injunction, Defendants' Answer to Plaintiff's Motion for Preliminary Injunction (Document No. 59, filed April 8, 2013), Memorandum of Law in Opposition to Plaintiff's Motion for Preliminary Injunction (Document No. 60, filed April 8, 2013); (4) defendants Clement Hipple, Complete Group, LLC, and Steel Seal, LLC's Supplemental Brief Post-Deposition of Plaintiff's Expert, Wayne Geisser, CPA, in Further Opposition to Plaintiff's Motion for Summary Judgment [hereinafter defendants' Motion in Limine] (Document No. 106, filed April 15, 2014), treated by the Court as a Motion in Limine to exclude the expert report of Wayne Geisser, and Plaintiff's Response to Defendants' Supplemental Memorandum in Opposition to Plaintiff's Motion for Summary Judgment (Document No. 107, filed April 25, 2014), **IT IS FURTHER ORDERED**, for the reasons stated in the accompanying Memorandum dated August 13, 2014, as follows:

    1.    That part of plaintiff's Motion for Summary Judgment seeking summary judgment against Clement Hipple, Complete Group, LLC and Steel Seal, LLC is **DENIED**;

2. That part of plaintiff's Motion for Summary Judgment seeking entry of default judgment against defendants Melissa Moreno, Steel Seal Pro, and SCIX is **GRANTED** and a hearing for the purpose of determining appropriate relief will be scheduled in due course;

3. Defendants' Cross-Motion for Partial Summary Judgment is **DENIED**;

4. Plaintiff's Motion for Injunctive Relief is **DENIED WITHOUT PREJUDICE** to plaintiff's right to seek equitable relief under PUFTA, including an accounting, and any other relief to which she is entitled, at trial; and,

5. Defendants' Motion in Limine is **DENIED**.

**IT IS FURTHER ORDERED** that a scheduling conference will be convened in due course.

BY THE COURT:

/s/ Hon. Jan E. DuBois
**DuBOIS, JAN E., J.**