UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Teresa Hipple f/k/a Teresa Concepcion | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 12-cv-1256 |
| SCIX, LLC et al. | ) |
| Defendant | ) |

CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

The following parties consent (subject to approval by the assigned Article III judicial officer) to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| Parties' Printed Names: | Signatures of Parties or Attorneys | Dates: |
|---|---|---|
| Teresa Hipple f/k/a Teresa Concepcion | [signature] | February 10, 2015 |
| Clement Hipple, Complete Group, LLC | [signature] | February 10, 2015 |
| and Steel Seal, LLC | | |

Reference Order

IT IS ORDERED: This case is referred to a United States magistrate judge __Thomas J. Rueter__ to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

[signature]
District Judge's signature

Date: 2/12/15

Hon. Jan E. DuBois, U.S.D.J.
(Printed Name and Title)

Note: Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.

(05/2013)