IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERESA HIPPLE | : | CIVIL ACTION |
| v. | : | |
| CLEMENT HIPPLE, STEEL SEAL LLC, and COMPLETE GROUP, LLC | : | NO.  12-1256 |

**O R D E R**

AND NOW, this 30th day of July, 2015, upon notification that defendants Clement Hipple, Steel Seal LLC, and Complete Group, LLC discharged their counsel in this matter, the law firm of Hill Wallack LLP ("Defense Counsel"), and after a hearing this same day,[1] it is hereby

**ORDERED**

that the Clerk of the Court, in accordance with Fed. R. Civ. P. 55, shall enter defaults in favor of plaintiff and against defendants Steel Seal LLC and Complete Group, LLC.[2]

---

[1]  At the hearing, Denise Bowman, Esquire appeared for Defense Counsel.

[2]  Mr. Hipple represented to the court that he is the one hundred percent (100%) owner of Steel Seal LLC.  Mr. Hipple represented to the court that he is a fifty percent (50%) owner and managing member of Complete Group, Inc.; the other fifty percent ownership interest being held by Emily Dominguez, a resident of Colombia, South America, an individual with whom Mr. Hipple is engaged in a personal relationship.  See Pl.'s Ex. 51 (Mr. Hipple identified himself in a state court document as the managing member of Complete Group, LLC).  Mr. Hipple admitted and acknowledged that Steel Seal LLC and Complete Group, LLC are not active corporations and they have no assets.

Defense Counsel and the court explained to Mr. Hipple that a corporate entity, such as Steel Seal LLC or Complete Group, LLC, must be represented by counsel in federal court.  See Evanston Ins. Co. v. Layne Thomas Builders, Inc., 2010 WL 1213433, at *1 (D.Del. Mar. 26, 2010) (citing Rowland v. Calif. Men's Colony, 506 U.S. 194, 201-02 (1993)); Simbraw, Inc. v. United States, 367 F.2d 373 (3d Cir. 1966).  A default judgment will be entered against

**IT IS FURTHER ORDERED** that a hearing to determine the amount of the Default Judgments will be scheduled before the undersigned and the parties will receive notice of the hearing date and time.

BY THE COURT:

/s/ Thomas J. Rueter
THOMAS J. RUETER
United States Magistrate Judge

---

any corporate entity who proceeds without counsel.  After a detailed colloquy with the court placed on the record, Mr. Hipple consented to the entry of default in favor of plaintiff and against Steel Seal LLC and Complete Group, LLC.