IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERESA HIPPLE f/k/a<br>TERESA CONCEPCION | : | CIVIL ACTION |
| | : | |
| v. | | |
| | : | |
| CLEMENT HIPPLE | | NO.  12-1256 |

## JUDGMENT

AND NOW, this 27th day of January, 2016, in accordance with the Memorandum of Decision dated this same date, **JUDGMENT** is hereby entered in favor of Plaintiff Teresa Hipple and against Defendant Clement Hipple in the amount of $304,851.12, plus prejudgment interest in accordance with Pennsylvania law.

BY THE COURT:

 /s/ Thomas J. Rueter
THOMAS J. RUETER
United States Magistrate Judge