IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERESA HIPPLE f/k/a<br>TERESA CONCEPCION | : | CIVIL ACTION |
| | : | |
| v. | | |
| | : | |
| CLEMENT HIPPLE | | NO.  12-1256 |

## JUDGMENT ORDER

AND NOW, this 1st day of March, 2016, in consideration of the default entered in favor of plaintiff Teresa Hipple and against defendant SCIX, LLC, on August 13, 2014, see Doc. No. 112, and after a default judgment hearing on February 10, 2016, it is

### ORDERED

that **JUDGMENT** is hereby entered in favor of plaintiff Teresa Hipple and against defendant SCIX, LLC, in the amount of $556,530.99, as of February 10, 2016, with interest accruing at the annual default rate of twelve (12%) percent ($111.33 per day) from February 10, 2016 forward until paid in full, plus attorneys' fees and costs.

BY THE COURT:

/s/ Thomas J. Rueter
THOMAS J. RUETER
United States Magistrate Judge