IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERESA HIPPLE f/k/a<br>TERESA CONCEPCION | : | CIVIL ACTION |
| | : | |
| v. | : | |
| CLEMENT HIPPLE | | NO.  12-1256 |

## AMENDED JUDGMENT ORDER

AND NOW, this 1st day of March, 2016, in consideration of the Judgment entered in favor of plaintiff Teresa Hipple and against defendant Clement Hipple dated January 27, 2016 in the amount of $304,851.12 plus prejudgment interest, it is hereby **ORDERED** that the Judgment is amended as follows:

**JUDGMENT** is hereby entered in favor of plaintiff Teresa Hipple and against defendant Clement Hipple in the amount of $427,507.09, as of February 10, 2016, and interest shall accrue on the Judgment at the rate of $50.11 per day from February 10, 2016 until paid in full.

BY THE COURT:

/s/ Thomas J. Rueter
THOMAS J. RUETER
United States Magistrate Judge