IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERESA HIPPLE f/k/a<br>TERESA CONCEPCION | : | CIVIL ACTION |
| | : | |
| v. | : | |
| CLEMENT HIPPLE | : | NO. 12-1256 |

**ORDER**

**AND NOW**, this 13th day of April, 2016, in accordance with the Memorandum of Decision filed this day, it is hereby

**ORDERED**

1. Plaintiff's Motion for Post Trial Injunctive Relief (Doc. 177) and Motion for a Temporary Restraining Order and Injunctive Relief (Doc. 178) are granted to the extent stated herein.

2. The court appoints Gerald S. Berkowitz, Esquire, as the Receiver for SCIX, LLC, and he shall have the power and authority to apply to the United States Patent and Trademark Office for reinstatement of SCIX's patents, and to assign, grant, convey, and/or sell the patents to satisfy the Judgment this court entered against SCIX, LLC in favor of plaintiff, Teresa Hipple. Because plaintiff is the sole judgment creditor against SCIX, SCIX is dissolved, and SCIX's only assets are the patents, plaintiff shall not be required to file a bond as security. The Receiver shall file a report with the court within 180 days of this Order reporting on the status of this matter, and shall seek court approval before the assignment, sale or other disposition of the patents. See 28 U.S.C. §§ 2001 and 2004.

BY THE COURT:

/s/ Thomas J. Rueter
THOMAS J. RUETER
United States Magistrate Judge