IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERESA HIPPLE f/k/a<br>TERESA CONCEPCION | : | CIVIL ACTION |
| | : | |
| v. | : | |
| CLEMENT HIPPLE | | NO. 12-1256 |

### JUDGMENT ORDER

AND NOW, this 29th day of August, 2016, in consideration of Plaintiff's Motion for Award of Attorneys' Fees as a Sanction Against Clement Hipple for Willful Violation of Court Order (Doc. No. 204) and defendant Clement Hipple's response thereto, it is hereby **ORDERED** that:

1. Plaintiff's Motion for Award of Attorneys' Fees is **GRANTED**;[1] and

2. **JUDGMENT** is hereby entered in favor of plaintiff Teresa Hipple and against defendant Clement Hipple in the amount of $5,428.00.

BY THE COURT:

/s/ Thomas J. Rueter
THOMAS J. RUETER
United States Magistrate Judge

---

[1] In his response to the Motion for Award of Attorneys' Fees, defendant Clement Hipple asserts that he did not receive a copy of the court's order (Doc. No. 192) that the court found defendant to have willfully violated and, therefore, plaintiff's motion for sanctions (Doc. No. 195) should not have been granted. See Doc. No. 202 at n. 1. After a hearing on July 15, 2016, the court rejected this argument. Id. Defendant did not object to the amount of fees (hourly rate, time entries, etc...) requested by plaintiff's counsel in the Motion for Award of Attorneys' Fees.