IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERESA HIPPLE f/k/a<br>TERESA CONCEPCION | : | CIVIL ACTION |
| | : | |
| v. | | |
| | : | |
| CLEMENT HIPPLE | | NO. 12-1256 |

### O R D E R

AND NOW, this 29th day of August, 2016, it is hereby **ORDERED** that the Clerk of the Court shall file the attached document on the official docket of the above captioned case.

It is **FURTHER ORDERED** that defendant Clement Hipple must file all documents submitted to the Court with the Clerk of the Court. Delivering or mailing documents to the Chambers of the undersigned does not constitute filing such documents with the Court.

BY THE COURT:

/s/ Thomas J. Rueter
THOMAS J. RUETER
United States Magistrate Judge