IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERESA HIPPLE | : | CIVIL ACTION |
| f/k/a TERESA CONCEPCION | : | |
| | : | |
| v. | : | |
| | : | |
| CLEMENT HIPPLE, et al. | : | NO. 12-1256 |

## ORDER

AND NOW, this 18th day of December, upon consideration of Plaintiff's Motion to Declare the Registration of the "Steel Seal" Trademark by Hipple to Have Been Fraudulently Obtained (Doc. 211), the Motion to Dismiss filed by Defendant (Doc. 215), and plaintiff's response thereto, and for the reasons set forth in the court's Memorandum of Decision, it is hereby

## ORDERED

that plaintiff's motion (Doc. 211) is **GRANTED** and defendant's motion (Doc. 215) is **DENIED**.

**IT IS FURTHER ORDERED** and **DECLARED** that:

1. The Steel Seal trademark obtained by defendant Clement Hipple for BBB Management Group, LLC was fraudulently obtained; and

2. The court appointed receiver for SCIX, LLC, may petition the United States Patent and Trademark Office to have the trademark registration cancelled pursuant to 15 U.S.C. § 1064(3).

BY THE COURT:

/s/ Thomas J. Rueter
THOMAS J. RUETER
United States Magistrate Judge